UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-20637-CV-WILLIAMS

CESAR RODRIGUEZ,

    Plaintiff,

v.

TAYLOR CONCEPTS, CO.,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Amended Report and Recommendation (DE 41) ("***Report***") on Plaintiff's Motion for Final Default Judgment (DE 38) ("***Motion***"). In the Report, Judge Reid recommends that Plaintiff's Motion be granted. (DE 41 at 1.) Specifically, Judge Reid finds that: (i) Plaintiff is entitled to judgment on Counts I-VI of his Complaint in the amount of $30,000; (ii) Plaintiff is entitled to attorney's fees and costs in the amount of $4,500; and (iii) Plaintiff's Motion should be granted. (DE 41 at 5–6.) No objections were filed to the Report, and the time to object has passed.

Upon a careful review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that:

    1.    Judge Reid's Report (DE 41) is **AFFIRMED AND ADOPTED**.

    2.    Plaintiff's Motion for Final Default Judgment (DE 38) is **GRANTED**.

    3.    The Court will separately issue a default final judgment.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this <u>30th</u> day of April, 2024.

                                            KATHLEEN M. WILLIAMS
                                            UNITED STATES DISTRICT JUDGE